## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

RE.:           *       **CASE NO.: 18-01254-EAG**

**ELBA IRIZARRY CASTRO**
Debtor           *       **CHAPTER 7**

### MOTION SUBMITTING COPY OF LIENS

**TO THE HONORABLE COURT:**

NOW COME, the Debtor ELBA IRIZARRY CASTRO ("the Debtor") represented by the undersigned attorney and respectfully sets forth and prays:

1. The Debtor filed this Chapter 7 Voluntary Petition on March 8, 2018. The 341 meeting of creditors was held on April 19, 2018.

2. The debtor has submits copy of liens of vehicle 2015 Jeep Patriot.

Wherefore, the Debtor respectfully requests that the Honorable Court takes notice of this motion.

**I HEREBY CERTIFY** that on this same date I electronically filed the above document with the Clerk of the Court using an ECF/CM System which sends notification of such filing to **chapter 7 Trustee**, Esq., and counsel for true creditors if an ECF/CM user. I further certify that I have served this notice by depositing true and correct copy thereof in the United States Mail, and to all non user creditors and parties in interest as per attached Master Address List.

In Mayagüez, Puerto Rico this 23 day of April, 2018.

**/s/ GLORIA M. JUSTINIANO**
**USDC - PR - 207603**
**Ensanche Martínez**
**Calle Ramírez Silva # 8**
**Mayagüez, PR 00680-4714**
**TEL. 831- 2577 &  805-2945**
**Email: justinianolaw@gmail.com**

ELBA IRIZARRY CASTRO
CALLE ALCAZAR 305
URB. SULTANA
MAYAGUEZ, PR 00680


/S/ GLORIA JUSTINIANO IRIZARRY
CALLE A. RAMIREZ SILVA #8
ENSANCHE MARTINEZ
MAYAGUEZ, PR 00680


BANCO POPULAR DE PUERTO RICO
PO BOX 71375
SAN JUAN, PR 00936-7077


BANCO POPULAR DE PUERTO RICO
PO BOX 71375
SAN JUAN, PR 00936-7077


COOP. A/C RINCON
106 CALLE FEDERICO DEGETAU
AIBONITO, PR 00705


FIRSTBANK
PO BOX 9146
SAN JUAN, PR 00908-0146


FIRSTBANK
PO BOX 9146
SAN JUAN, PR 00908-0146


ISLAND FINANCE
PO BOX 195369
P/C BANCO SANTANDER DE PUERTO RICO
SAN JUAN, PR 00936


SEARS
PO BOX 183081
COLUMBUS, OH 43218-3081



**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS**
**DIRECTORÍA DE SERVICIOS AL CONDUCTOR**
**PERMISO PARA VEHÍCULOS DE MOTOR O ARRASTRES**

SERVICIOS
www.dtop.gov.pr
0010

Relación de Multas Administrativas
La siguiente relación incluye los boletos de multas administrativas que se han expedido contra el dueño del vehículo. Estas multas deberán ser pagadas al momento de renovar esta licencia.

Descripción y Clasificación de Vehículo

| | | | | | |
|---|---|---|---|---|---|
| PROVSNL | 2019 | IZF354==== | | | |
| Registración **2015** **Jeep** | Fecha Registro **Patriot** | Tablilla **NEGRO** | Título **4** | **4** | |
| Año    Marca | Modelo | Color | Puertas | Cilin | Cab Fuerza |

REGISTRACION PROVISIONAL

Emitida a Concesionario:
CPO AUTO INC

**1C4NJPFA9FD126144**

VIN (Número de Serie)     Peso Desc.
CG2100    **Cooperativa**

Capacidad de Carga

Aviso al Cliente:
Verifique la información en este documento

Dealer     Venta Condicional     Precio Contributivo
23750758

Vigencia     Marbete     Expiración

**Elba  Irizarry Castro**
**URB SULTANA**
**305 ALCAZAR MAYAGUEZ PR 00680**
Dueño del Vehículo y Dirección Postal

**URB SULTANA**
**305 ALCAZAR**
**MAYAGUEZ PR 00680**
Dirección Residencial, solo si es diferente a Postal

| | |
|---|---|
| Derechos Anuales | $ 47.67 |
| ACAA | $ 37.92 |
| Seguro Oblig | $ 107.25 |
| Centro de Trauma | $ 2.00 |
| Importe Total | $ 194.84 |

**777187**

Precio de Venta     Licencia     Estación de Inspección
20180103-08084900-391-11872-5006-31523681     **31523681**

---

### Esta es tu nueva y conveniente NOTIFICACIÓN

Podrá utilizar esta notificación de la misma manera que la tradicional forma impresa.

Ahora podrás adquirir tu marbete en:
* **Institución Financiera (Banco o Cooperativas)** participantes
* **Colecturías**
* **Estaciones Oficiales de Inspección Participantes**

Recuerde presentar ambos documentos
**ORIGINAL-DUEÑO / COPIA-PUNTO DE VENTA**

---

### INSTRUCCIONES AL CONTRIBUYENTE

1. Notifique cambios residencia o postal dentro de sesenta (60) días siguiente al cambio.
2. Conserve el original del recibo de pago de boleto de multas, es su mejor evidencia de pago.
3. Devuelva la tablilla, licencia y título, si aplica, al Departamento cuando se haya dispuesto del vehículo como chatarra o abandonado por inservible, según requerido en el artículo 2.13 de la Ley 22. Evite que otras personas puedan hacer uso ilegal de las mismas.
4. Vehículo uso comercial con más de 10,000 libras, que transporte materiales y sustancias peligrosas o más de 10 personas deberán cumplir con los requisitos de la Comisión de Servicios Públicos.
5. Radique en el Centro de Servicios al Conductor (CESCO) el traspaso de su vehículo dentro de los diez (10) días de formalizado (endosado o notariado) y presentará un Sello de Rentas Internas por el valor de diez (10) dólares. [Artículo 3.34 (e)]
6. Pasado diez (10) días y hasta 30 días de formalizado, pagará diez (10) dólares en Sellos de Rentas Internas, más diez (10) dólares por traspaso tardío. [Artículo 2.34] Después de los treinta (30) días pagará diez (10) dólares en Sellos de Rentas Internas, más diez (10) dólares de traspaso tardío, más cinco (5) dólares por cada mes o fracción de mes que dejare de realizarlo.
7. La Ley 116 del 30 de junio de 2006 permite sólo el marbete vigente en el cristal del vehículo. Multa $50.00.