IN THE UNITED STATES BANRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **IN RE. :** | * | **CASE NO.: 18-01254-EAG** |
| **ELBLA IRIZARRY CASTRO** | * | |
| **SS.XXX-XX- 2462** | * | |
| <u>**Debtor**</u> | * | **CHAPTER 13** |

## ANSWER TO MOTION TO ALLOW CLAIM AFTER CLAIMS BAR DATE

**TO THE HONORABLE COURT:**

Here comes now Debtor **ELBLA IRIZARRY CASTRO ("THE DEBTOR")** through the undersigned attorney and very respectfully shows and prays as follows:

1. The Debtor filed a Chapter 7 Voluntary Bankruptcy Petition on March 8, 2018. The case was converted to a Chapter 13 on May 1, 2018. The 341 meeting of creditors was held on July 20, 2018. The confirmation hearing is scheduled for September 5, 2018.

2. On August 8, 2018 creditor Coop. A/C San Jose filed a Motion to allow claim after claim bar date. Docket 54

3. This creditor filed claim number 6, secured in the amount of $150.00 and unsecured in the amount of $22,712.94.

4. The debtor does not have any objection that claim number 6 be allowed as secured in the amount of $150.00 for shares to be surrendered in this case, and unsecured in the amount of $22,712.94.

5. The schedules B, D, F and Chapter 13 plan have been amended considering this creditors claim.

**WHEREFORE,** the Debtor respectfully requests that this creditor's claim (claim number 6) be allowed secured in the amount of $150.00, and unsecured in the amount of $22,712.94.

**I HEREBY CERTIFY**: that on this date I electronically filed the above document with the Clerk of the court using an CM/ECF System which sends notification of such filing to Chapter 13 Trustee and to any creditors if any CM/ECF user. I further certify that I have served this notice by depositing true and correct copy thereof in the United States Mail, to non user creditors.

In Mayaguez, Puerto Rico, this 8th day of August 2018.

/s/ **LCDA GLORIA M. JUSTINIANO**
**USDC- PR - 207603**
**Ensanchez Martínez**
**Calle A. Ramírez Silva # 8**
**Mayagüez, PR 00680-4714**
**(787) 831-3577 & 805-2945**
**Email: justinianolaw@gmail.com**