UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE.:

ELBA IRIZARRY CASTRO
xxx-xx -2462

**DEBTOR**

CASE NO.: 18-01254 EAG

CHAPTER 13

**DEBTOR'S MOTION FOR APPROVAL OF SETTLEMENT, AND REQUEST THAT THE OBJECTION PERIOD BE SHORTENED TO SEVEN (7) DAYS**

Here comes Debtor Elba Irizarry Castro ("the Debtor") through the undersigned attorney, and respectfully shows and prays:

1. On March 8, 2018 the Debtor filed this Chapter 13 Petition.
2. The National Law Firm Sanders Phillip Grossman filed a claim on behalf of the Debtor in a pelvic mush case (class action).
3. The Law Firm has sent an Estimated Settlement dated June 29, 2021 ( Exhibit A) to this attorney and the Chapter 13 Trustee.**Net recovery will be used to fund the Plan, and payable to Chapter 13 Trustee Jose R. Carrion.**
4. After the Approval of the Settlement, the Debtor will file a post confirmation modified plan considering these funds.
5. Since there is a Motion to Dismiss pending in this case (Docket 105) , the Debtor requests that the objection period be shortened to seven (7) day,

**WHEREFORE, the Debtor respectfully requests this Court to enter an Order approving the Estimated Settlement,** and that the objection period be shortened to seven (7) days.

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

**I HEREBY CERTIFY:** that on this date I electronically filed the above document with the Clerk of the court using a CM/ECF System which sends notification of such filing to Chapter 13 Trustee and all true creditors if a CM/ECF user. I further certify that I have served this notice by depositing a true and correct copy thereof in the United States Mail, to non-user creditors, and to Sander Phillips Grossman LLC, 100 Garden City Plaza Ste 500, Garden City, NY 11530.

RESPECTFULLY SUBMITED

In Mayaguez, Puerto Rico this 30th day of June, 2021

/S/ Gloria M. Justiniano Irizarry
USDC- PR - 207603
Ensanchez Martínez
Calle A. Ramírez Silva # 8
Mayagüez, PR 00680-4714
(787) 787-222-9272 & 805-2945
Email: justinianolaw@gmail.com

```
Label Matrix for local noticing          JOSE A SANTIAGO MENDILLA ESQ         US Bankruptcy Court District of PR
0104-2                                   PO BOX 552                           Jose V Toledo Fed Bldg & US Courthouse
Case 18-01254-EAG13                      AIBONITO, PR 00705-0552              300 Recinto Sur Street, Room 109
District of Puerto Rico                                                       San Juan, PR 00901-1964
Ponce
Wed Jun 30 10:27:38 AST 2021

BANCO POPULAR DE PUERTO RICO             Banco Popular De Puerto Rico         COOPERATIVA A/C SAN JOSE
BANKRUPTCY DEPARTMENT                    PO Box 71375                         PO BOX 2020
PO BOX 366818                            San Juan, PR 00936-8475              AIBONITO PR 00705-2020
SAN JUAN PR 00936-6818


FIRST BANK                               Firstbank                            Island Finance
CONSUMER SERVICE CENTER                  PO Box 9146                          PO Box 195369
BANKRUPTCY DIVISION (CODE 248)           San Juan, PR 00908-0146              P/C Banco Santander De Puerto Rico
PO BOX 9146 SAN JUAN PR, 00908-0146                                           San Juan, PR 00919-5369


(p)JEFFERSON CAPITAL SYSTEMS LLC         (p)CITIBANK                          ELBA IRIZARRY CASTRO
PO BOX 7999                              PO BOX 790034                        CALLE ALCAZAR 305
SAINT CLOUD MN 56302-7999                ST LOUIS MO 63179-0034               URB SULTANA
                                                                              MAYAGUEZ, PR 00680-1613


GLORIA JUSTINIANO IRIZARRY               JOSE RAMON CARRION MORALES           MONSITA LECAROZ ARRIBAS
JUSTINIANO'S LAW OFFICE                  PO BOX 9023884                       OFFICE OF THE US TRUSTEE (UST)
ENSANCHE MARTINEZ                        SAN JUAN, PR 00902-3884              OCHOA BUILDING
8 CALLE A RAMIREZ SILVA                                                       500 TANCA STREET  SUITE 301
MAYAGUEZ, PR 00680-4718                                                       SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems LLC            Sears                                End of Label Matrix
Po Box 7999                              PO Box 183081                        Mailable recipients    14
Saint Cloud Mn 56302-9617                Columbus, OH 43218-3081              Bypassed recipients     0
                                                                              Total                  14
```

**SANDERS**
**PHILLIPS**
**GROSSMAN**

*A National Law Firm*

Settlement Administration
settlements@thesandersfirm.com

June 29, 2021

Juliel Pérez Méndez
Staff Attorney
Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884
San Juan, PR 00902-3884

Re: **ESTIMATED SETTLEMENT**

RE: Elba Irizarry

Below please find the disbursement of the settlement proceeds with the defendant:

| | | |
|---|---|---:|
| A. | **Gross Settlement Amount** | $9,932.69 |
| B. | **Deductions:** | |
| | Attorney Fees | $3,847.50 |
| | Attorney Fees Reduced | ($500.00) |
| | Case Associated Expenses | $2,882.48 |
| | Common Benefit Fee | $450.00 |
| | Lien Resolution Fee | $75.00 |
| | Lien Payable | $6.04 |
| | **Total Deductions** | **$6,761.02** |
| C. | **Net Recovery** | **$3,171.67** |

Very truly yours,

Sanders Phillips Grossman, LLC