IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE No: 18-01254 (EAG) |
| **ELBA IRIZARRY CASTRO** | CHAPTER 13 |
| Debtor | (X) 11 U.S.C. §1307 (c)(1) and (6), on *Dismissal for cause* |
| FIRSTBANK PUERTO RICO | |
| Movant | |

**MOTION TO DISMISS**

TO THE HONORABLE COURT:

Comes now **FIRSTBANK PR** through its undersigning attorney and very respectfully ALLEGES, STATES and PRAYS:

1. The case of reference was filed on March 8, 2018. The PCM plan dated September 23, 2020 (docket no. 100) was approved by the court on October 19, 2020 (docket no. 103).

2. Movant filed an unsecured proof of claim in the amount of $4,432.44 regarding account no. 5592, identified as no. 2 at Claims' Register.

3. Debtor failed to comply with payments under the terms of the confirmed plan. According to the records made available by the Trustee, **as of November 9, 2021 Debtor owes $425.00, equivalent to 2.12 months due.** (See *Attachment "A"*.) [Movant's analysis on payments has been included with this motion as *Attachment "B"*.] Said failure constitutes sufficient cause to request the dismissal of the instant case under the provisions of section 1307(c) of the Bankruptcy Code (11 U.S.C.).

4. Pursuant to the *Service Members Civil Relief Act*, the data of the Department of the Defense Manpower Data Center confirms that debtor is not a member of the Uniformed Services (U.S. Armed Forces, Navy, Marine Corps, Air Force, NOAA, Public Health or Coast Guard.) (See *Attachment "C"*.)

WHEREFORE and for the above stated reasons, Movant respectfully requests from this Court to enter an order dismissing the instant case *for cause*, pursuant to the dispositions of 11 U.S.C. §1307(c)(6), on the grounds of *material default by the debtor to the terms of the*

Motion to Dismiss 2
FIRSTBANK Puerto Rico

*confirmed plan* and 11 U.S.C. §1307(c)(1), for *unreasonable delay by the debtor that is prejudicial to creditors.*

### NOTICE

Within thirty (30) days after service as evidenced by the certification and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this motion has been served or any other party to the action who objects to the relief sought herein, shall file and serve an objection or other appropriate response to this motion with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, this motion will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law, (2) the requested relief is against public policy or (iii) in the opinion of the Court, the interest of justice requires otherwise. (Local Bankruptcy Rule 9013-1(c)(2)(F)).

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 9th day of November, 2021.

### CERTIFICATE OF SERVICE

I hereby certify that a copy was served by CM/ECF at the authorized address to all creditors; José R. Carrión Morales, Esq., Chapter 13 Trustee; Gloria M. Justiniano Irizarry, Esq., counsel for Debtor and to Debtor by regular mail to the address of record: calle Alcazar 305, Urb. Sultana, Mayagüez, P.R. 00680, as per the attached *List of Creditors*.

//s// Maricarmen Colón Díaz
**MARICARMEN COLON DIAZ**, Esq.
Attorney for Movant - USDC 211410
MARIA M. BENABE RIVERA - USDC 208906
P.O. Box 9146, Santurce, P.R. 00908-0146
Centro de Servicios al Consumidor (248)
1130 Muñoz Rivera Ave., San Juan, P.R.
Tel. (787) 729-8135 / Fax (787) 729-8276
maricarmen.colon@firstbankpr.com

Attachment "A"

**PRINT INQUIRY** — Close Window — Click Here to Print this Page

**18-01254-EAG** ELBA IRIZARRY CASTRO (xxx-xx-2462) — URB SULTANA • 305 CALLE ALCAZAR • MAYAGUEZ • PR • 00680 — $200.00 MO — Bar Date(s): 7/11/2018 (has passed) 10/29/2018 (has passed)

Confirmed: 9/4/2018

Trustee: José R. Carrión — Attorney: GLORIA JUSTINIANO* — Case Status: ACTIVE

## Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 6/1/2018 | 19.00 | $275.00 | MONTHLY | ELBA IRIZARRY CASTRO | 10/20/2020 | |
| 1/1/2020 | 1.00 | $840.00 | MONTHLY | ELBA IRIZARRY CASTRO | 10/20/2020 | |
| 2/1/2020 | 4.00 | $0.00 | MONTHLY | ELBA IRIZARRY CASTRO | 10/20/2020 | |
| 6/1/2020 | 36.00 | $200.00 | MONTHLY | ELBA IRIZARRY CASTRO | 10/20/2020 | |
| 6/1/2023 | end of plan | $0.00 | MONTHLY | ELBA IRIZARRY CASTRO | 10/20/2020 | |

**Forgive Information**

| Date | Amount | Description |
|---|---|---|

Payments Expected for Step 1:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 6/1/2018 | 6/30/2018 | $275.00 | $275.00 |
| 2 | 7/1/2018 | 7/31/2018 | $275.00 | $550.00 |
| 3 | 8/1/2018 | 8/31/2018 | $275.00 | $825.00 |
| 4 | 9/1/2018 | 9/30/2018 | $275.00 | $1,100.00 |
| 5 | 10/1/2018 | 10/31/2018 | $275.00 | $1,375.00 |
| 6 | 11/1/2018 | 11/30/2018 | $275.00 | $1,650.00 |
| 7 | 12/1/2018 | 12/31/2018 | $275.00 | $1,925.00 |
| 8 | 1/1/2019 | 1/31/2019 | $275.00 | $2,200.00 |
| 9 | 2/1/2019 | 2/28/2019 | $275.00 | $2,475.00 |
| 10 | 3/1/2019 | 3/31/2019 | $275.00 | $2,750.00 |
| 11 | 4/1/2019 | 4/30/2019 | $275.00 | $3,025.00 |
| 12 | 5/1/2019 | 5/31/2019 | $275.00 | $3,300.00 |
| 13 | 6/1/2019 | 6/30/2019 | $275.00 | $3,575.00 |
| 14 | 7/1/2019 | 7/31/2019 | $275.00 | $3,850.00 |
| 15 | 8/1/2019 | 8/31/2019 | $275.00 | $4,125.00 |
| 16 | 9/1/2019 | 9/30/2019 | $275.00 | $4,400.00 |
| 17 | 10/1/2019 | 10/31/2019 | $275.00 | $4,675.00 |
| 18 | 11/1/2019 | 11/30/2019 | $275.00 | $4,950.00 |
| 19 | 12/1/2019 | 12/31/2019 | $275.00 | $5,225.00 |
| Total | | | | $5,225.00 |

Payments Expected for Step 2:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 1/1/2020 | 1/31/2020 | $840.00 | $840.00 |
| Total | | | | $840.00 |

Payments Expected for Step 3:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 2/1/2020 | 2/29/2020 | $0.00 | $0.00 |
| 2 | 3/1/2020 | 3/31/2020 | $0.00 | $0.00 |
| 3 | 4/1/2020 | 4/30/2020 | $0.00 | $0.00 |
| 4 | 5/1/2020 | 5/31/2020 | $0.00 | $0.00 |

| Total | | | | $0.00 |
|---|---|---|---|---|

Payments Expected for Step 4:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 6/1/2020 | 6/30/2020 | $200.00 | $200.00 |
| 2 | 7/1/2020 | 7/31/2020 | $200.00 | $400.00 |
| 3 | 8/1/2020 | 8/31/2020 | $200.00 | $600.00 |
| 4 | 9/1/2020 | 9/30/2020 | $200.00 | $800.00 |
| 5 | 10/1/2020 | 10/31/2020 | $200.00 | $1,000.00 |
| 6 | 11/1/2020 | 11/30/2020 | $200.00 | $1,200.00 |
| 7 | 12/1/2020 | 12/31/2020 | $200.00 | $1,400.00 |
| 8 | 1/1/2021 | 1/31/2021 | $200.00 | $1,600.00 |
| 9 | 2/1/2021 | 2/28/2021 | $200.00 | $1,800.00 |
| 10 | 3/1/2021 | 3/31/2021 | $200.00 | $2,000.00 |
| 11 | 4/1/2021 | 4/30/2021 | $200.00 | $2,200.00 |
| 12 | 5/1/2021 | 5/31/2021 | $200.00 | $2,400.00 |
| 13 | 6/1/2021 | 6/30/2021 | $200.00 | $2,600.00 |
| 14 | 7/1/2021 | 7/31/2021 | $200.00 | $2,800.00 |
| 15 | 8/1/2021 | 8/31/2021 | $200.00 | $3,000.00 |
| 16 | 9/1/2021 | 9/30/2021 | $200.00 | $3,200.00 |
| 17 | 10/1/2021 | 10/31/2021 | $200.00 | $3,400.00 |
| 18 | 11/1/2021 | 11/30/2021 | $200.00 | $3,600.00 |
| 19 | 12/1/2021 | 12/31/2021 | $200.00 | $3,800.00 |
| 20 | 1/1/2022 | 1/31/2022 | $200.00 | $4,000.00 |
| 21 | 2/1/2022 | 2/28/2022 | $200.00 | $4,200.00 |
| 22 | 3/1/2022 | 3/31/2022 | $200.00 | $4,400.00 |
| 23 | 4/1/2022 | 4/30/2022 | $200.00 | $4,600.00 |
| 24 | 5/1/2022 | 5/31/2022 | $200.00 | $4,800.00 |
| 25 | 6/1/2022 | 6/30/2022 | $200.00 | $5,000.00 |
| 26 | 7/1/2022 | 7/31/2022 | $200.00 | $5,200.00 |
| 27 | 8/1/2022 | 8/31/2022 | $200.00 | $5,400.00 |
| 28 | 9/1/2022 | 9/30/2022 | $200.00 | $5,600.00 |
| 29 | 10/1/2022 | 10/31/2022 | $200.00 | $5,800.00 |
| 30 | 11/1/2022 | 11/30/2022 | $200.00 | $6,000.00 |
| 31 | 12/1/2022 | 12/31/2022 | $200.00 | $6,200.00 |
| 32 | 1/1/2023 | 1/31/2023 | $200.00 | $6,400.00 |
| 33 | 2/1/2023 | 2/28/2023 | $200.00 | $6,600.00 |
| 34 | 3/1/2023 | 3/31/2023 | $200.00 | $6,800.00 |
| 35 | 4/1/2023 | 4/30/2023 | $200.00 | $7,000.00 |
| 36 | 5/1/2023 | 5/31/2023 | $200.00 | $7,200.00 |
| Total | | | | $7,200.00 |

Payments Expected for Step 5:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 6/1/2023 | 6/30/2023 | $0.00 | $0.00 |
| 2 | 7/1/2023 | 7/31/2023 | $0.00 | $0.00 |
| 3 | 8/1/2023 | 8/31/2023 | $0.00 | $0.00 |
| 4 | 9/1/2023 | 9/30/2023 | $0.00 | $0.00 |
| 5 | 10/1/2023 | 10/31/2023 | $0.00 | $0.00 |
| Total | | | | $0.00 |

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 6/2018 | $275.00 | $551.10 | | ($276.10) |
| 2 | 7/2018 | $275.00 | $275.55 | | ($276.65) |
| 3 | 8/2018 | $275.00 | | | ($1.65) |
| 4 | 9/2018 | $275.00 | | | $273.35 |
| 5 | 10/2018 | $275.00 | $275.55 | | $272.80 |
| 6 | 11/2018 | $275.00 | $275.55 | | $272.25 |
| 7 | 12/2018 | $275.00 | $275.55 | | $271.70 |
| 8 | 1/2019 | $275.00 | | | $546.70 |

| # | Month | Amount | Payment | Balance |
|---|---|---|---|---|
| 9 | 2/2019 | $275.00 | $551.10 | $270.60 |
| 10 | 3/2019 | $275.00 | $551.10 | ($5.50) |
| 11 | 4/2019 | $275.00 | | $269.50 |
| 12 | 5/2019 | $275.00 | $275.55 | $268.95 |
| 13 | 6/2019 | $275.00 | $275.55 | $268.40 |
| 14 | 7/2019 | $275.00 | $275.55 | $267.85 |
| 15 | 8/2019 | $275.00 | $275.55 | $267.30 |
| 16 | 9/2019 | $275.00 | $275.55 | $266.75 |
| 17 | 10/2019 | $275.00 | $275.55 | $266.20 |
| 18 | 11/2019 | $275.00 | $275.55 | $265.65 |
| 19 | 12/2019 | $275.00 | | $540.65 |
| 20 | 1/2020 | $840.00 | $551.10 | $829.55 |
| 21 | 2/2020 | $0.00 | $840.55 | ($11.00) |
| 22 | 3/2020 | $0.00 | | ($11.00) |
| 23 | 4/2020 | $0.00 | $200.00 | ($211.00) |
| 24 | 5/2020 | $0.00 | | ($211.00) |
| 25 | 6/2020 | $200.00 | $200.00 | ($211.00) |
| 26 | 7/2020 | $200.00 | $200.00 | ($211.00) |
| 27 | 8/2020 | $200.00 | $200.00 | ($211.00) |
| 28 | 9/2020 | $200.00 | $200.00 | ($211.00) |
| 29 | 10/2020 | $200.00 | | ($11.00) |
| 30 | 11/2020 | $200.00 | | $189.00 |
| 31 | 12/2020 | $200.00 | | $389.00 |
| 32 | 1/2021 | $200.00 | | $589.00 |
| 33 | 2/2021 | $200.00 | $789.00 | $0.00 |
| 34 | 3/2021 | $200.00 | | $200.00 |
| 35 | 4/2021 | $200.00 | | $400.00 |
| 36 | 5/2021 | $200.00 | | $600.00 |
| 37 | 6/2021 | $200.00 | | $800.00 |
| 38 | 7/2021 | $200.00 | | $1,000.00 |
| 39 | 8/2021 | $200.00 | $1,375.00 | ($175.00) |
| 40 | 9/2021 | $200.00 | | $25.00 |
| 41 | 10/2021 | $200.00 | | $225.00 |
| 42 | 11/2021 | $200.00 | | $425.00 |

  **Total Delinquent Amount: $425.00**

# FirstBank

## Analysis Sheet to Determine Arrears to Trustee

Attachment "B"

| | | | | | |
|---|---|---|---|---|---|
| IN RE: | ELBA IRIZARRY CASTRO | | Case # | 18-01254 | EAG |
| Date petition filed: | 8-Mar-18 | | | | |
| First payment due: | 8-Apr-18 | | | | |
| According to Plan: | 22-Sep-20 | | | | |
| Monthly Payment of: | $ 275.00 | $ 840.00 | $ - | $ 200.00 | |
| Term: | 19 | 1 | 4 | 36 | |
| Pass Term: | 19 | 1 | 4 | 18 | |
| Should Have Paid In: | $ 5,225.00 | $ 840.00 | $ - | $ 3,600.00 | |
| Total Paid Into Plan: | $ 5,225.00 | $ 840.00 | $ - | $ 3,175.00 | |
| Amount in Arrears: | $ - | $ - | $ - | $ 425.00 | |
| | TOTAL | $ 425.00 | (2.12 months) | | |
| Printed On: | 9-Nov-21 | | | | |
| Prepared by: | MARICARMEN COLON DIAZ, Esq. | | | | |

Department of Defense Manpower Data Center

Results as of : Nov-09-2021 03:18:01 PM

SCRA 5.11



Status Report
Pursuant to Servicemembers Civil Relief Act

*Attachment "C"*

| | |
|---|---|
| SSN: | XXX-XX-2462 |
| Birth Date: | May-XX-1942 |
| Last Name: | IRIZARRY CASTRO |
| First Name: | ELBA |
| Middle Name: | |
| Status As Of: | Nov-09-2021 |
| Certificate ID: | 9DLV4DMQNFD10MZ |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

```
Label Matrix for local noticing          COOP A/C SAN JOSE                    US Bankruptcy Court District of PR
0104-2                                   JOSE A SANTINI BONILLA ESQ           Jose V Toledo Fed Bldg & US Courthouse
Case 18-01254-EAG13                      PO BOX 552                           300 Recinto Sur Street, Room 109
District of Puerto Rico                  AIBONITO, PR 00705-0552              San Juan, PR 00901-1964
Ponce
Tue Nov  9 15:53:15 AST 2021

BANCO POPULAR DE PUERTO RICO             Banco Popular De Puerto Rico         COOPERATIVA A/C SAN JOSE
BANKRUPTCY DEPARTMENT                    PO Box 71375                         PO BOX 2020
PO BOX 366818                            San Juan, PR 00936-8475              AIBONITO PR 00705-2020
SAN JUAN PR 00936-6818


FIRST BANK                               Firstbank                            Island Finance
CONSUMER SERVICE CENTER                  PO Box 9146                          PO Box 195369
BANKRUPTCY DIVISION (CODE 248)           San Juan, PR 00908-0146              P/C Banco Santander De Puerto Rico
PO BOX 9146 SAN JUAN PR, 00908-0146                                           San Juan, PR 00919-5369


(p)JEFFERSON CAPITAL SYSTEMS LLC         (p)CITIBANK                          ELBA IRIZARRY CASTRO
PO BOX 7999                              PO BOX 790034                        CALLE ALCAZAR 305
SAINT CLOUD MN 56302-7999                ST LOUIS MO 63179-0034               URB SULTANA
                                                                              MAYAGUEZ, PR 00680-1613


GLORIA JUSTINIANO IRIZARRY               JOSE RAMON CARRION MORALES           MONSITA LECAROZ ARRIBAS
JUSTINIANO'S LAW OFFICE                  PO BOX 9023884                       OFFICE OF THE US TRUSTEE (UST)
ENSANCHE MARTINEZ                        SAN JUAN, PR 00902-3884              OCHOA BUILDING
8 CALLE A RAMIREZ SILVA                                                       500 TANCA STREET SUITE 301
MAYAGUEZ, PR 00680-4718                                                       SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems LLC            Sears                                End of Label Matrix
Po Box 7999                              PO Box 183081                        Mailable recipients   14
Saint Cloud Mn 56302-9617                Columbus, OH 43218-3081              Bypassed recipients    0
                                                                              Total                 14
```