**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**ELBA IRIZARRY CASTRO**<br><br>**xxx–xx–2462**<br><br>Debtor(s) | Case No. **18–01254 EAG**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 12/13/21 |

## ORDER DISMISSING CASE

The motion to dismiss filed by Firstbank Puerto Rico (docket #123) having been duly notified to all parties in interest, and no replies having been filed, it is now

ORDERED that the instant case be and is hereby dismissed for the reasons stated in the motion to dismiss; and it is further

ORDERED that the Clerk closes any contested matter or adversary proceeding pending in the instant case.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this Monday, December 13, 2021 .

Edward A. Godoy
United States Bankruptcy Judge